FILED
2013 Dec-16  PM 02:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | }<br>}<br>} |
| Plaintiff, | }<br>} |
| v. | } Case No. 5:12-CV-02717-TMP<br>} |
| RANDY B. TERRY, INC.; RANDY B. TERRY, | }<br>}<br>} |
| Defendants. | } |

### PRELIMINARY INJUNCTION ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Partial Default Judgment (Doc. # 11) is **GRANTED**. Defendants **SHALL**:

1. **Within ten (10) days**, deposit with the Clerk of Court the sum of $263,000 as a security deposit against the sums to which Auto-Owners will be entitled for indemnification;

2. Immediately allow Plaintiff access to, and make available, all records, accounts, and documents relevant to Defendants' business and the contract with the Lawrence County Commission; and

3. Be prohibited from selling, leasing, liening, encumbering, damaging, destroying, or otherwise dissipating or disposing of Defendants' equipment, inventory, accounts, intangibles, and other assets pending entry of a final judgment in this action.

This action is **REFERRED** to the Magistrate Judge for calculation of a final default judgment once Plaintiff submits evidence of the amount claimed after its completes its audit.

**DONE** and **ORDERED** this ____16th____ day of December, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE