IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| AUTO OWNERS INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. 5:12-cv-02717-TMP |
| RANDY B. TERRY, INC., *et al.*, ) ) | |
| Defendants. ) | |

## **MEMORANDUM OPINION**

The magistrate judge filed his Supplemental Report and Recommendation on October 1, 2014, recommending that the motion for default judgment against defendants Randy B. Terry, Inc. and Randy B. Terry be granted, and that default judgment be entered in the amount of $267,059.26, plus post-judgment interest and reasonable costs incurred in collection of the debt.  A copy of the Report and Recommendation was mailed to the defendants that day.  To date, no party has filed objections to the Report and Recommendation.

Having now carefully reviewed and considered *de novo* the Report and Recommendation, as well as all other materials in the court file, the court hereby ADOPTS the report and ACCEPTS the recommendation of the magistrate judge.

Accordingly, by separate order, the court will enter Final Judgment in favor of plaintiff and against defendants Randy B. Terry, Inc. and Randy B. Terry in the amount of two hundred sixty seven thousand fifty nine dollars and 26/100 ($267,059.26), plus post-judgment interest and the costs of the action.

**DONE** the 21st day of October, 2014.

  _____
  **ABDUL K. KALLON**
  UNITED STATES DISTRICT JUDGE